UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

_Sybil Harris_ , Plaintiff,

vs.

_Miami Dade Co._ , Defendant(s)

Case No. _19-cv-22799_

FILED BY _____ D.C.
MAY 14 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**Motion For Referral To Volunteer Attorney Program**

I, _Sybil Harris_, am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: _Sybil N. Harris_
Printed name: _Sybil Harris_
Address: _11720 NW 105 Ave,_
_Miami, FL 33157_

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service -- hand delivery/(U.S. Mail)/other] on [date] on all counsel or parties of record on the Service List below.

Signature: _Sybil N. Harris_
Printed name: _Sybil Harris_

**SERVICE LIST**
Attorney or Party Name _Abigail Price Williams_
Attorney or Party E-mail Address _anita@miamidade.gov_
Firm Name _Miami Dade County_
Street Address City, State, Zip Code _111 NW 1st, Ste. 2810_
Telephone: (xxx) xxx–xxxx _305 375-5151_
Facsimile: (xxx) xxx–xxxx _305 375-5411_
Attorneys for Plaintiff/Defendant

FOREVER / USA

USMS INSPECTED RECEIVED

MAY 14 2020
11:55 AM

US District Court, So. District
of Florida
Attn: Intake for Docketing
400 N. Miami Ave., Rm. 8N09
Miami, FL 33128

Harris
Miami, FL 33167