May 31, 2020

FILED BY ___PG___ D.C.

JUN 03 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re: Case 1:19-cv-22799-DPG

Dear Judge Gayles:

I, Sybil N. Harris, formerly requested to be in the Volunteer Attorney Program in May, 2020. On May 30, I received a letter via US mail advising me that my case is closed via the County Attorney's Office. This is the first time I was told this, as no documentation was ever mailed to me regarding the status of this case until now. In the same manner I received this Certificate of Service, I should have received same notifying me the case was closed. Therefore, considering everything that has happened with this case, I am requesting that you "re-open" the case.

I did not fully understand the term "voluntarily dismiss", and thought it meant I was forever ending my pursuit of this case. So once again, I continued trying to obtain an attorney on my own, of which all attempts failed. In calling and waiting for attorney's to review my documents, this took considerable time; yet each attorney declined, namely, Todd Poses, Greg Durden, Heyer & Associates, Anthony Falzon, Nayib Hassan and lastly Lorenzo Williams from Law Offices of Gary, Williams, Parenti & Watson, who explained and recommended to me the Volunteer Attorney Program on May 18, 2020; of which I immediately completed and submitted the form.

Having been a dedicated employee of Miami-Dade County Corrections, I worked 35 years within the law enforcement field and am now retired. I have total respect for the law and believe wholeheartedly in due process; however, I am pursuing this case for the best interest of my 6 year old grandson, Jamar, Jr., who is now fatherless as a result of this tragic incident.

Once again, considering all the obstacles surrounding this case, my attorney withdrawing; the case being transferred to federal court at the same time, numerous attorney declines, worldwide pandemic, and my total incompetence, I am sincerely requesting that you allow me the opportunity to take advantage of the "Volunteer Attorney Program", and re-open this case, now that I have a better understanding of this process.

Sincerely,

*Sybil N. Harris*

Sybil N. Harris

Judge Darrin P. Gayles
US Courthouse
400 N. Miami Ave, Rm 11-1
Miami, FL 33128

33128-180199

RECEIVED
JUN 03 2020
11:52 AM

USMS
INSPECTED

HAROLD
MIAMI FL
33161