UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-22799-DPG

**SYBIL HARRIS, as Personal Representative of the Estate of Jamar Edward Rollins,**

    Plaintiff,

v.

**DETECTIVE ANDREW GARCIA,**

    Defendant.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Defendant Detective Andrew Garcia's Motion for Summary Judgment (the "Motion"). [ECF No. 146]. The action was referred to Magistrate Judge Lauren F. Louis pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 154]. On June 7, 2024, Judge Louis issued her report recommending that the Motion be granted (the "Report"). [ECF No. 155]. On June 21, 2024, Plaintiff timely filed objections to the Report, [ECF No. 156], to which Defendant subsequently responded, [ECF No. 157]. [1]

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which

---

[1] Defendant correctly points out that Plaintiff's objections at times appear to copy and paste entire sections from the Report, including portions of the Report that directly contradict the arguments counsel attempts to raise in his brief. The Court warns against this practice and urges counsel to use more care in subsequent submissions filed on behalf of his client.

objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

In her Report, Judge Louis recommends that the Court grant Defendant's Motion for Summary Judgment as to Plaintiff's remaining counts, Counts II and III.[2] Upon *de novo* review, the Court agrees with Judge Louis's well-reasoned analysis and conclusion that Defendant is entitled to summary judgment as to Counts II and III.

## CONCLUSION

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Louis's Report and Recommendation, [ECF No. 155], is **ADOPTED in full**.

(2) Defendant's Motion for Summary Judgment, [ECF No. 146] is **GRANTED**.

(3) The Court will enter a separate judgment.

(4) Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of July, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

---

[2] On August 10, 2022, the Court granted the Motion to Dismiss Counts I and IV of the Fourth Amended Complaint, filed by Defendants Miami-Dade County and Jesus Coto. [ECF No. 117].