**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 19-cv-22799-GAYLES/LOUIS**

**SYBIL HARRIS, as Personal Representative of the Estate of Jamar Edward Rollins,**

    Plaintiff,

v.

**DETECTIVE ANDREW GARCIA.,**

    Defendant.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Defendant Detective Andrew Garcia's Motion for Bill of Costs [ECF No. 162] and Verified Memorandum of Law in Support of Bill of Costs [ECF No. 163], pursuant to Local Rule 7.3(c), Federal Rule of Civil Procedure 54(d)(1), and 28 U.S.C. § 1920. This case was referred to Magistrate Judge Lauren F. Louis for a ruling on all pretrial non-dispositive matters and a report and recommendation on all dispositive matters, pursuant to 28 U.S.C. § 636(b)(1)(B). [ECF No. 154]. On December 19, 2024, Judge Louis held a telephonic hearing on the Motion and on January 22, 2025, she issued her report recommending that the Motion be granted in part (the "Report"). [ECF No. 169]. No objections were filed to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings

that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court finds no clear error with Judge Louis's well-reasoned analysis and agrees with her conclusion that the Defendant's Motion should be granted in part and that the Defendant be awarded $5,507.85 in costs.

## CONCLUSION

After careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1)  Magistrate Judge Louis's Report and Recommendation, [ECF No. 169], is **ADOPTED in full**;

(2)  The Defendant's Motion of Bill of Costs, [ECF No. 162] is **GRANTED in part**;

(3)  The Defendant is awarded $5,507.85 in costs, plus interest, from the date of the judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of February, 2025.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE